# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**Yolanda Davis,**

        **Plaintiff,**   **CASE NUMBER: 12-14862**
                              **HONORABLE VICTORIA A. ROBERTS**
v.   **MAG. JUDGE DAVID R. GRAND**

**Commissioner of Social Security,**

        **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

On August 26, 2013, Magistrate Judge Grand issued a Report and Recommendation [Doc.14], recommending that Plaintiff's Motion for Summary Judgment [Doc. 11] be granted, Defendant's Motion for Summary [Doc. 13] be denied and, this matter be remanded.  Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).  The Court **ACCEPTS** the Report and Recommendation.

Pursuant to sentence four of 42 U.S.C. § 405(g) this matter is **REMANDED** for further proceedings consistent with the Report and Recommendation.

    **IT IS ORDERED**.

                                      /s/ Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated:  September 27, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 27, 2013.

S/Linda Vertriest
Deputy Clerk